**Order entered October 18, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00661-CR**
**No. 05-21-00664-CR**

**EDWIN CORTEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-86485-2020**
**and**
**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82900-2020**

**ORDER**

Before the Court are appellant's (1) motion to abate appellate cause number 05-21-00661-CR pending the outcome of the appeal in 05-21-00664-CR or alternatively to extend time to file a brief, and (2) motion to extend time to file a brief in 05-21-00664-CR. We **DENY** appellant's motion to abate. We **GRANT** the

motions to extend time to file the brief and **ORDER** appellant's brief due by November 15, 2021.

/s/     LANA MYERS
JUSTICE